Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 18-0301 RSL |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING |
| | ) | MOTION FOR EARLY |
| | ) | TERMINATION OF |
| v. | ) | SUPERVISED RELEASE |
| | ) | |
| AIMEE BURGESS, | ) | |
| Defendant | ) | |

AIMEE BURGESS, through counsel, Terrence Kellogg, having moved the Court to terminate her supervised release in this case, the Court, Judge Robert S. Lasnik, having considered the response of the government, if any, and the statutory factors to be considered pursuant to 18 U.S.C. § 3583(e)(1), FINDS termination of supervised release is warranted by the conduct of the defendant released and in the interest of justice, and DOES THEREFORE,

ORDER the term of supervised release for defendant Aimee Burgess shall be and hereby is terminated and defendant Aimee Burgess shall be discharged

ORDER GRANTING
DEFENSE MOTION FOR EARLY TERMINATION
OF SUPERVISED RELEASE - - 1

TERRENCE KELLOGG
P.O. Box 366
PORT TOWNSEND, WASHINGTON 98368
(206) 491-9003

and released from the term of supervised release previously imposed in this matter.

Dated this 7th day of February, 2020.

Honorable Robert S. Lasnik
United States District Judge

ORDER GRANTING
DEFENSE MOTION FOR EARLY TERMINATION
OF SUPERVISED RELEASE - - 2

TERRENCE KELLOGG
P.O. Box 366
PORT TOWNSEND, WASHINGTON 98368
(206) 491-9003